Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 3

> **Brooklyn Bedding, FXI, Inc., Kolcraft Enterprises, Inc., Leggett & Platt, Incorporated, the International Brotherhood of Teamsters, and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO**
>
>                          **Plaintiffs,**
>
> v.
>
> **UNITED STATES,**
>
>                          **Defendant.**

**S U M M O N S**

Court No. 24-00002

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1. Brooklyn Bedding, FXI, Inc., Kolcraft Enterprises, Inc., and Leggett & Platt, Incorporated; 19 U.S.C. 1677(9)(C). The International Brotherhood of Teamsters, and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO; 19 U.S.C. 1677(9)(D).
(Name and standing of plaintiff)

2. Plaintiffs contest certain findings of fact and conclusions of law made by the US Department of Commerce contained in Mattresses From Indonesia Final Results of Antidumping Duty Administrative Review 2020-2022.
(Brief description of contested determination)

3. December 7, 2023
(Date of determination)

4. 88 Fed Reg 85240, December 7, 2023
(If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Yohai Baisburd
_____
Signature of Plaintiff's Attorney

January 5, 2023
_____
Date

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Yohai Basiburd
900 19th Street NW,
Suite 400 Washington, DC 20006,
202-567-2319

**SEE REVERSE SIDE**

Form 3-2

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney in Charge
International Trade Field Office
U.S. Department of Justice, Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

Supervising Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

Office of the General Counsel
U.S. Department of Commerce
14th Street and Constitution Avenue, NW.,
Washington, DC 20230